IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
YOKISHA J. MCKOY,                )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     1:20CV151
                                 )
INTERNATIONAL BUSINESS MACHINE   )
CORPORATION, et al.,             )
                                 )
          Defendant(s).          )
```

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 22, 2020, was served on the parties in this action. Plaintiff filed objections within the time required by section 636. (Doc. 9.)

The court has conducted a de novo review of those portions of the Recommendation to which objections were made and finds that the objections do not alter the substance of the Recommendation. The court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's Amended Complaint is DISMISSED pursuant to 28 U.S.C. § 1915A(e)(2)(B).

         /s/   Thomas D. Schroeder
         United States District Judge

March 16, 2021